NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ADVANCED AUDIO DEVICES, LLC,**
*Appellant*

**v.**

**HTC CORPORATION, HTC AMERICA, INC.,**
*Appellees*

---

2017-1748, 2017-1750, 2017-1805, 2017-1806, 2017-1824

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2014-01154, IPR2014-01155, IPR2014-01156, IPR2014-01157, IPR2014-01158.

---

## JUDGMENT

---

JOHN STEVEN PANIAGUAS, Clark Hill PLC, Chicago, IL, argued for appellant. Also represented by JAMES R. FOLEY, TIMOTHY M. MCCARTHY; ROBERT GREENSPOON, Flachsbart & Greenspoon, LLC, Chicago, IL.

MATTHEW COOK BERNSTEIN, Perkins Coie, LLP, San Diego, CA, argued for appellees. Also represented by EVAN SKINNER DAY; DAN L. BAGATELL, Hanover, NH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (O'MALLEY, LINN, and HUGHES, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


| May 7, 2018 | /s/ Peter R. Marksteiner |
|---|---|
| Date | Peter R. Marksteiner |
| | Clerk of Court |